AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CYRIL LAURENCE LARTIGUE | ) | Case No. |
| | ) | 1:20-MJ-501-AWA |
| *Defendant(s)* | ) | |

**FILED**
6/8/2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 30, 2020 in the county of Travis in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. Section 5861(d) | Possession of a firearm (destructive device) which is not registered to the defendant in the National Friearms Registration and Transfer Record. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Reynaldo Alatorre
*Complainant's signature*

Reynaldo Alatorre Jr., ATF Special Agent
*Printed name and title*

Sworn to me by telephone under Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: 06/08/2020

*Judge's signature*

City and state: Austin, Texas    Andrew W. Austin, United States Magistrate Judge
*Printed name and title*