UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | **CRIMINAL NO. A-20-CR-00156-RP** |
| **CYRIL LARTIGUE** | § § § § | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

**TO THE HONORABLE JUDGE PITMAN AUSTIN, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS:**

NOW COMES CYRIL LARTIGUE, Defendant in the above styled and numbered cause, by and through undersigned counsel, and files this request that the conditions of release in the above-referenced cause be amended to remove the electronic monitor condition from his release.

**I.**

Mr. Lartigue was arrested on June 8, 2020 for Possession of a Firearm. He was released by the Honorable Magistrate Judge Austin on conditions of release June 18, 2020. One of the conditions of his release is that submit to location monitoring by electronic monitor, which he has been doing since his release. Judge Austin stated he would consider removing this requirement in thirty (30) days if there were no violations. According to US Pretrial Services Officer Albert Sierra, Mr. Lartigue has had no violations and has been in full compliance with all conditions of his release.

**II.**

Mr. Lartigue prays that this Honorable Court amend his release conditions so that his electronic monitor requirement be removed.

**WHEREFORE**, Defendant prays the court grant this motion and amend the conditions of

release in accordance with this motion.

                                  Respectfully submitted,

                                  **SUMPTER & GONZÁLEZ, L.L.P.**
                                  3011 North Lamar, Ste. 200
                                  Austin, Texas 78705
                                  Telephone: (512) 381-9955
                                  Facsimile: (512) 485-3121

                                  By:        */s/ Kristin Etter*
                                              Kristin Etter
                                              State Bar No. 24038884
                                              kristin@sg-llp.com

                                  **ATTORNEY FOR DEFENDANT**
                                  **CYRIL LARTIGUE**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have communicated with AUSA Keith Henneke about this Motion to Modify Conditions of Release and he is opposed.

## CERTIFICATE OF SERVICE

By my signature below, I do hereby certify that on July 20, 2020 a true and correct copy of the foregoing Defendant's Motion to Modify Conditions of Release was filed using the Court's electronic filing system, which will provide notice to all parties of record, specifically:

Keith Henneke
United States Attorney's Office

                                          */s/ Kristin Etter*
                                          Kristin Etter

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| v. § | **CRIMINAL NO. A-20-MJ-00501-AWA** |
| **CYRIL LARTIGUE** § § § | |

## ORDER AMENDING CONDITIONS OF RELEASE

Came on for hearing on the _____ day of _____, 2020, the foregoing Motion to Modify Conditions of Release, and the Court, having heard the evidence and argument of counsel, GRANTS the Defendant's Motion to Modify Conditions of Release

**IT IS HEREBY ORDERED** that Cyril Lartigue's conditions of release are amended to reflect:

1. Mr. Lartigue's **Electronic Monitor** condition be **removed** from his conditions of release;

SIGNED this _____ day of _____, 2020.

_____
JUDGE PITMAN