Case 1:20-cr-00156-RP   Document 45   Filed 05/04/21   Page 1 of 2

FILED
MAY 04 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL No. 20-CR-156-RP |
| | § | |
| v. | § | **SUPERSEDING INDICTMENT** |
| | § | |
| CYRIL LARTIGUE, | § | [Violation: Count I – 26 U.S.C. § 5861(d) –Possession of an Unregistered Destructive Device] |
| Defendant. | § | |

THE GRAND JURY CHARGES:

### COUNT ONE
### [26 U.S.C. § 5861(d)]

On or about May 30, 2020, within the Western District of Texas, the Defendant,

**CYRIL LARTIGUE,**

knowingly received and possessed a firearm, to wit a destructive device under 26 U.S.C. § 5845(f)(3): any combination of parts intended for use in converting any device into a destructive device as that term is defined in 26 U.S.C. § 5845(f)(1), more specifically described as the combination of one or more bottles, a combustible fluid, one or more pieces of cloth, and a lighter, which constitute parts intended for use in converting those parts into a Molotov cocktail or incendiary explosive, and from which a destructive device may be readily assembled, not registered to Defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL:

SIGNATURE REDACTED PURSUANT
TO E-GOVERNMENT ACT OF 2002

ASHLEY C. HOFF
United States Attorney

By: _____
KEITH M. HENNEKE
Assistant U. S. Attorney

SUPERSEDING INDICTMENT – LARTIGUE                                                                 Page 2/2