UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA § § § § | |
| v. § § | |
| CYRIL LARTIGUE, § § *Defendant.* § § § | CRIMINAL NO. 1:20-CR-156-RP |

### DEFENDANT'S PROPOSED WITNESS LIST FOR TRIAL

**TO THE HONORABLE ROBERT PITMAN, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS:**

Cyril Lartigue, through counsel, provides this list of the defense's potential trial witnesses. The defense may or may not call all of the witnesses listed below and reserves the rights to call additional witnesses not on this list in rebuttal:

**NO.   WITNESS NAME**

1. Rey Altorre
2. Lindsey Bynum
3. Casey Chapman
4. Paul DeMaio
5. Nicholas Ganci
6. Alex Guerrero
7. Charlotte Harrison
8. Steven Lindsay
9. J. Carlos Lozano
10. Robert Noble
11. Paul Tronco
12. Terri Wilson
13. Cyril Lartigue, Sr.

14. Cyril Lartigue, Jr.

15. Kim Lartigue

          Respectfully submitted,
          **SUMPTER & GONZALEZ L.L.P.**
          3011 N. Lamar Blvd, Suite 200
          Austin, Texas 78705
          Telephone: (512) 381-9955
          Facsimile: (512) 485-3121

By:   */s/ Worth D. Carroll*
       David M. Gonzalez
       State Bar No. 24012711
       Worth D. Carroll
       State Bar No. 24091192
       david@sg-llp.com
       worth@sg-llp.com

## CERTIFICATE OF SERVICE

By my signature below, I do hereby certify that September 29, 2021, a true and correct copy of the foregoing Defendant's Proposed Witness List for Trial was filed using the Court's electronic filing system, which will provide notice to all parties of record, specifically:

Keith Henneke
United States Attorney's Office

            */s/ Worth D. Carroll*
            David Gonzalez