UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2021 OCT 18 PM 3:28

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § § § |
| v. | § CRIMINAL NO. 1:20-CR-156-RP |
| CYRIL LARTIGUE, | § § § § |
| *Defendant.* | § |

## ORDER

The Court has considered the Parties' Joint Motion to Preadmit a Stipulation and finds it is with merit.

Accordingly,

IT IS ORDERED that the parties' motion is GRANTED;

IT IS FINALLY ORDERED THAT the following stipulation is admitted into evidence in this case for all purposes, and that the jury shall be instructed that this stipulation is true, correct, and proved beyond a reasonable doubt without the need for witness testimony or any additional evidence:

7. Defendant Cyril Lartigue attended the protest in the area of APD headquarters on May 30, 2020.

8. Mr. Lartigue was wearing a yellow hard hat and a long-sleeve, blue-checked shirt.

9. The person identified in the HALO surveillance video and the Air One surveillance video wearing a yellow hard hat and a long-sleeve, blue-checked shirt was Mr. Lartigue.

10. Mr. Lartigue was the person taken into custody by APD from a porta-potty under I-35 at approximately 10:45 p.m on May 30, 2020.

5

11. Mr. Lartigue was the person taken into custody by Corporal Paul Tronco and other officers as described above.

12. Mr. Latrigue was the person placed into the custody of ATF Special Agent Rey Alatorre on June 8, 2020.

SIGNED this 18th day of October, 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE