IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | 1:20-CR-156-RP |
| CYRIL LARTIGUE, | § | |
| Defendant. | § | |

### VERDICT FORM

<u>Count One</u>: Possession of an Unregistered Destructive Device (26 U.S.C. §§ 5861(d) and 5845(f)(3))

As to the charge of knowingly possessing an unregistered destructive device, we, the Jury, find Cyril Lartigue: __GUILTY__.
                                  Not Guilty / **Guilty**

Dated October __21__, 2021, in Austin, Texas.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
Foreperson of the Jury