UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                           ) | CRIMINAL NO. 1:20-CR-156-RP |
| ) | |
| CYRIL LARTIGUE,                                ) | |
| ) | |
| *Defendant*.                                       ) | |
| ) | |
| ) | |

## MOTION TO DISMISS INDICTMENT AND SUPERSEDING INDICTMENT

The Court having imposed sentence on February 10, 2022 on Defendant after his conviction after trial on Count One of the Second Superseding Indictment (CM/ECF No. 60), the Government hereby moves to dismiss the Indictment (CM/ECF No. 22) and the Superseding Indictment (CM/ECF No. 45) filed in this case as moot.

*Respectfully submitted*,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

/s/ *Gabriel Cohen*
GABRIEL COHEN
Assistant U.S. Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Office: (512) 916-5858
Fax:    (512) 916-5854

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing motion has been delivered on February 14, 2022 via electronic delivery on the CM/ECF system to all counsel of record.

                                                        /s/ *Gabriel Cohen*
                                                        GABRIEL COHEN
                                                        Assistant U.S. Attorney
                                                        903 San Jacinto Blvd., Suite 334
                                                        Austin, Texas 78701
                                                        Office: (512) 916-5858
                                                        Fax:    (512) 916-5854

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:20-CR-156-RP |
| ) | |
| CYRIL LARTIGUE, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |
| ) | |

## **ORDER**

The Court imposed sentence on February 10, 2022 on Defendant after his conviction after trial on Count One of the Second Superseding Indictment (CM/ECF No. 60).

The Court hereby dismisses the Indictment (CM/ECF No. 22) and the Superseding Indictment (CM/ECF No. 45) on the Government's motion as moot.

SIGNED this _____ day of _____, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE