UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| vs. | § | **CAUSE NO. 1:20-CR-00156(1)-RP** |
| **CYRIL LARTIGUE** | § § § § | |

**NOTICE OF APPEAL**

**TO THE HONORABLE JUDGE PITMAN, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS:**

Notice is hereby given that pursuant to Federal Rule of Appellate Procedure 4(b) CYRIL LARTIGUE, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 23rd day of February, 2022.

**NOTICE OF APPEAL  - Page 1**
*UNITED STATES OF AMERICA v. CYRIL LARTIGUE*
CAUSE NO. 1:20-CR-00156(1)-RP

Respectfully submitted,

**SUMPTER & GONZÁLEZ, L.L.P.**
3011 N. Lamar. Blvd, Ste. 200
Austin, Texas 78705
Telephone:  (512) 381-9955
Facsimile:   (512) 485-3121

By: */s/ David M. Gonzalez*
David Gonzalez
State Bar No. 24012711
DAVID@SG-LLP.COM

Worth D. Carroll
State Bar No. 24091192
WORTH@SG-LLP.COM

**ATTORNEYS FOR DEFENDANT CYRIL LARTIGUE**

## CERTIFICATE OF SERVICE

By my signature below, I do hereby certify that on February 23, 2022, a true and correct copy of the foregoing Notice of Appeal was filed using the Court's electronic filing system, which will provide notice to all parties of record.

*/s/David Gonzalez*
David Gonzalez
Worth Carroll