UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | CAUSE NO. 1:20-CR-00156(1)-RP |
| | § | |
| CYRIL LARTIGUE | § | |
| | § | |

## AMENDED NOTICE OF APPEAL

CYRIL LARTIGUE hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on the 10th day of February, 2022.

Respectfully submitted,

**SUMPTER & GONZÁLEZ, L.L.P.**
3011 N. Lamar. Blvd, Ste. 200
Austin, Texas 78705
Telephone:  (512) 381-9955
Facsimile:    (512) 485-3121

By: */s/ David M. Gonzalez*
David M. Gonzalez
State Bar No. 24012711
DAVID@SG-LLP.COM

Worth D. Carroll
State Bar No. 24091192
WORTH@SG-LLP.COM

**ATTORNEYS FOR DEFENDANT
CYRIL LARTIGUE**

## CERTIFICATE OF SERVICE

By my signature below, I do hereby certify that on February 23, 2022, a true and correct copy of the foregoing Notice of Appeal was filed using the Court's electronic filing system, which will provide notice to all parties of record.

/s/David Gonzalez
David Gonzalez
Worth Carroll