UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:  AU:20-CR-00156(1)-RP |
| (1) Cyril Lartigue | § § | |

ORDER

It is **ORDERED** that the Motion Amended Motion to Withdraw as Counsel (Doc. 119) filed on February 23, 2022, is hereby **REFERRED** to United States Magistrate Judge Mark Lane for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(B), and Rule 44 of the Federal Rules of Criminal Procedure.

SIGNED this 24th day of February, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE