AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                      Judgment -- Page 2 of 6

DEFENDANT:        CYRIL LARTIGUE
CASE NUMBER:      1:20-CR-00156(1) -RP

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 24 months as to count 1ss.

The defendant shall surrender for service of sentence at the institution designated by the Federal Bureau of Prisons as notified by the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant be placed in a federal facility as close to Bastrop, Texas area as possible for family visitation.

The Court makes the following recommendation(s) to the Bureau of Prisons: That the defendant participate in the 500 Hour Residential Drug Abuse Program, or alternatively that he participate in the most intensive drug treatment program available during the period of confinement. If, for any reason, the Bureau of Prisons does not comply with any recommendation of this Court made in this Judgment and Sentence, the Bureau of Prisons shall immediately notify the Court and any reason therefore.



FILED
APR 22 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

# RETURN

I have executed this judgment as follows: Voluntary Surrender

Defendant delivered on 4/20/22 to FCI Bastrop

at 1400 hrs , with a certified copy of this judgment.

Susan Pamerleau
United States Marshal
Western District of Texas
UNITED STATES MARSHAL

_Gabriel Rodriguez IA_
By
DEPUTY UNITED STATES MARSHAL