**FILED**
October 02, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Julie Golden____
DEPUTY

PROB 12A
(7/93)

UNITED STATES DISTRICT COURT
for
Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: Cyril Lartigue          Case Number: 1:20-CR-00156(1)-RP

Name of Sentencing Judicial Officer: Honorable Robert Pitman U.S. District Judge

Date of Original Sentence: February 10, 2022

Original Offense: Possession of an Unregistered Destructive Device, in violation of 26 U.S.C. § 5861(d)

Original Sentence: Sentenced to twenty-four (24) months custody in the U.S. Bureau of Prisons, followed by three (3) years of supervised release with special conditions to include substance abuse treatment, search and seizure, and payment of a $100 special assessment (satisfied)

Type of Supervision: Supervised Release          Date Supervision Commenced: August 1, 2023

Assistant U.S. Attorney: Keith M. Henneke          Defense Attorney: David M. Gonzalez (Retained)

---

**PREVIOUS COURT ACTION**

None

**NONCOMPLIANCE SUMMARY**

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Nature of Non-compliance:** On September 20, 2023, the defendant submitted a positive urinalysis for marijuana.

Cyril Lartigue
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** On September 28, 2023, this officer made contact with the defendant, and he admitted verbally and in writing to using marijuana on one occasion. It is respectfully recommended that no Court action be taken at this time, and that the offender be allowed to enroll in a substance abuse treatment program so he can begin working on correcting his impulse control and substance abuse issues.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Lartigue incur any further violations, the Court will be immediately notified.

Respectfully submitted,

Bartosz Szatkowski
Sr. United States Probation Officer
Date: 9/29/2023

Approved:

Craig A. Handy, Supervising
United States Probation Officer

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Robert Pitman
United States District Judge

Date: 10/02/2023