PROB 35

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

**FILED**
September 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JG_____
DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE

### WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.   Crim. No. 1:20-CR-00156(1)-RP

CYRIL LARTIGUE

On February 10, 2022, the above named was placed on supervised release for a period of three (3) years. The Supervised Releasee has complied with the rules and regulations of supervised release and is no longer in need supervision. It is accordingly recommended that the Supervised Releasee be discharged from supervision.

Respectfully submitted,

*James Lofland* (signature)

James Lofland
U.S. Probation Officer Assistant

### ORDER OF COURT

Pursuant to the above report, it is ordered that the Supervised Releasee be discharged from supervision and that the proceedings in the case be terminated.

SIGNED this  18th  day of  September , 2025.

*Robert Pitman* (signature)

Honorable Robert Pitman
UNITED STATES DISTRICT JUDGE